## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE: )
) Case No. 11-23063
DONALD EDWARD ZIMMER )
and )
KATHARINE CHRISTINE ZIMMER, ) Chapter 13
)
      Debtors. )

### OBJECTION OF CREDITOR THE FOUNTAINS, LLC TO DEBTORS' MOTION TO RETAIN INCOME TAX REFUNDS

COMES NOW The Fountains, LLC, a creditor herein, by and through counsel, Susan P. DeCoursey and Gregory J. Pappas of Cohen McNeile & Pappas, P.C. and submits its objection to Debtors' Motion to Retain Income Tax Refunds, and in support states as follows:

1. This Court has jurisdiction of this matter pursuant to 11 U.S.C. §1324. This Objection is a "core" proceeding and is filed pursuant to Bankruptcy Rules 3015 and 9014.

2. Debtors Donald Edward Zimmer and Katharine Christine Zimmer ("Debtors") filed their Motion to Retain Income Tax Refunds on April 2, 2013.

3. Debtors have previously filed two Motions to Abate Payments on October 2, 2012, and November 9, 2012, both of which were granted by the Court.

4. In Debtors' Motion to Abate Payments filed on October 2, 2012, Debtors listed their reason for the abatement as (1) $4,075 for a new air conditioner to replace one that broke in the heat wave, and (2) Over $1,000.00 for two medical procedures on Mr. Zimmer.

5. Those identical reasons are listed in the Motion to Retain Income Tax Refunds as well as the fact that Mr. Zimmer has lost his employment in Saudi Arabia. However, Debtors' Motion seeks travel expenses for his new job. No itemization of expenses has been provided.

6. Debtors seek to retain a total of $16,111.52 in tax refunds. However, the reason for the Debtors' abatement in October 2012 was to pay for the air conditioner and medical expenses.

7. Even assuming Debtors still need to pay for the air conditioner and the two medical procedures, that would account for $5,075.00, leaving a remaining amount of $11,036.52.

8. Creditor The Fountains, LLC objects to Debtors' Motion to Retain Income Tax Refunds and requests that this Court order it to be paid into the Plan.

WHEREFORE, Creditor The Fountains, LLC prays this Court deny Debtors' Motion to Retain Income Tax Refunds, and to order Debtors' to pay the 2011 Federal and State Income Tax refunds to the Trustee to be used for the benefit of Creditors.

Respectfully Submitted:

COHEN MCNEILE & PAPPAS, P.C.

/s/ Susan P. DeCoursey
Susan P. DeCoursey, #16272
Gregory J. Pappas, #11993
4601 College Boulevard, Suite 200
Leawood, KS 66211
913-491-4050  FAX: 913-491-3059
ATTORNEYS FOR CREDITOR
THE FOUNTAINS, LLC

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing was sent electronically by e-mail on this 8th day of April, 2013, to all parties receiving electronic notification.

/s/ Susan P. DeCoursey
Susan P. DeCoursey, #16272