IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Donald & Katherine Zimmer

        Debtors        Case No: 11-23063

**TRUSTEE'S MOTION TO DISMISS
OR CONVERT TO CHAPTER 7**

**COMES NOW** the Chapter 13 Trustee, W. H. Griffin, and hereby moves the Court for an order dismissing the debtors' Chapter 13 case or to convert to Chapter 7 for reasons more fully stated herein. In support of the Trustee's motion, the Court is advised as follows:

1. The debtors' Chapter 13 case was filed September 30, 2011. After some litigation, negotiations and resolution of objections, the Plan was confirmed August 22, 2012, proposing a payment of $1,923.76 per month. A later plan payment increase of $2,406.49 was necessary.

2. The debtors abated payments in the months of August and December. Though they are technically current, it appears the debtors have incurred post-petition tax debts and have had a substantial loss in income and cannot afford their plan payment.

3. The debtors' 2011 tax return indicated they were entitled to substantial refunds which they apparently received and spent on alleged necessary expenses and repairs. The debtors have not provided a detailed statement as to the uses of all the funds. It appears from their response to the Trustee's Motion for Turnover, they have funds on hand to pay post-petition incurred taxes for 2012.

4. The debtors were to receive for 2011 gross federal refunds of $21,779.00 of which $1,950.00 represents a child tax credit. After the Trustee's office reviewed

the returns a request for turnover of $16,111.52 was filed. The debtors are unable to turnover these monies due to spending the funds.

5. The debtors' 2012 returns indicate a federal tax liability due of $6,042.00 and a Kansas refund of $1,065.00.

6. The debtors' apparently cannot afford to make their Plan payments based on a substantial reduction in income, have failed to account for the specific amounts spent on the alleged necessities they incurred and have further incurred tax debt showing their case is not feasible. The case should be dismissed for a lack of feasibility or converted to a Chapter 7.

**WHEREFORE**, the Chapter 13 Trustee prays the Court dismiss the debtors' Chapter 13 case for a lack of feasibility, and/or convert the case to Chapter 7 for liquidation thereunder.

Respectfully submitted by:

s/W. H. Griffin, Chapter 13 Trustee
_____
W. H. GRIFFIN, #08060, TRUSTEE
6330 Lamar, Suite 110
Overland Park, Kansas 66202-4286
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

### NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON TRUSTEE'S MOTION TO DISMISS OR CONVERT TO CHAPTER 7

The above named debtors, debtors' counsel and creditors are hereby notified of the above Motion and given 21 days from **April 11, 2013**, to file written objection thereto. If no objection is filed, an ex parte order will be entered. If an objection is filed by **May 2**, **2013**, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101 on **May 21, 2013, at 1:30 p.m.**

s/W. H. Griffin, Chapter 13 Trustee
_____
W. H. GRIFFIN, #08060, TRUSTEE

# CERTIFICATE OF MAILING

       I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Motion has been forwarded to the following either electronically or by U.S. Mail, first class postage prepaid, on April 11, 2013:

Donald & Katherine Zimmer
12760 S. Constance St.
Olathe, KS 66062

John Kanaga
6750 W. 93rd St., Ste. 220
Overland Park, KS 66212
Attorney for Debtor

Creditor Matrix

Clerk of the Bankruptcy Court
500 State Avenue
Kansas City, Kansas 66101

                                  s/W. H. Griffin, Chapter 13 Trustee
                                  _____
                                  W. H. GRIFFIN, #08060, TRUSTEE