U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
5/21/2013
Hon. Robert D. Berger, Presiding

01:30 PM

Case Information:
    11-23063 Donald Edward Zimmer and Katherine Christine Zimmer   Chapter: 13

Judge: RDB    Filed: 09/30/2011    Pln Confirmed: 08/22/2012

Appearances:
xx    John C Kanaga representing Donald Edward Zimmer II  (Debtor)
xx    John C Kanaga representing Katherine Christine Zimmer  (Joint Debtor)
xx    Karie Fahrenholz for William H Griffin  (Trustee)
xx    Susan DeCoursey representing creditor The Fountains, LLC

Issue(s):
    [99]  Motion for Retention of Tax Refunds  Filed on behalf of Debtor Donald Edward Zimmer II, Joint Debtor Katherine Christine Zimmer, with Certificate of Service.

    [104]  Motion to Convert Case to Chapter 7 and/or Dismiss. Fee Amount $25 Filed on behalf of Trustee William H Griffin, with Certificate of Service.(^Griffin2, William)

Notes/Decision:

    Debtor ordered to provide all banking and financial statements from the month federal income tax refund was received, along with the three consecutive months following thereafter. Debtor to amend employee records and schedules to reflect current standing. Both matters continued to July 16, 2013 @ 1:30 p.m. Text order entered.

Courtroom Deputy: Mary Meyer
ECRO/Court Reporter: Richard Grigg, John Bowen & Associates