U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
7/16/2013
Hon. Robert D. Berger, Presiding

01:30 PM

___

Case Information:

    11-23063 Donald Edward Zimmer and Katherine Christine Zimmer   Chapter: 13

Judge: RDB    Filed: 09/30/2011    Pln Confirmed: 08/22/2012

___

Appearances:
- xx    John C Kanaga representing Donald Edward Zimmer II  (Debtor)
- xx    John C Kanaga representing Katherine Christine Zimmer  (Joint Debtor)
- xx    Karie Fahrenholz for William H Griffin  (Trustee)
- xx    Susan DeCoursey representing creditor The Fountains

___

Issue(s):

    [99] Motion for Retention of Tax Refunds Filed on behalf of Debtor Donald Edward Zimmer II, Joint Debtor Katherine Christine Zimmer, with Certificate of Service.

    [104] Motion to Convert Case to Chapter 7 and/or Dismiss. Fee Amount $25 Filed on behalf of Trustee William H Griffin, with Certificate of Service.(^Griffin2, William)

___

Notes/Decision:

    Evidentiary hearing to be scheduled for one day. Date to be determined.

___

Courtroom Deputy: Mary Meyer
ECRO/Court Reporter: Pat Tate, Bowen & Assoc.