IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re: )
) Case No. 11-23063
Donald E Zimmer, II, and )
Katherine C Zimmer )
)
)
Debtors. ) Chapter 13
_____ )

## WITHDRAWAL OF MOTION FOR COURT TO CONFIRM WHETHER DEBTOR NEEDS TO PERSONALLY ATTEND HEARING SET FOR OCTOBER 17, 2013

COME NOW the Debtors, by and through counsel, William P. Turner, and hereby withdraws the Motion for Court to Confirm Whether Debtor needs to personally attend a hearing this October 17th. Mr. Zimmer will be appearing.

10/15/13

Respectfully submitted,

/s/William P. Turner
William P. Turner, #14671
Wiesner & Frackowiak, LC
6750 West 93rd Street, Ste. 220
Overland Park, KS 66212
Fax (913) 383-3948
(913) 649-4700
Billt@wflaw.net
Attorney for Debtors

### Certificate of Service

I, William P. Turner, attorney for the Debtor, hereby certify that a copy of the foregoing Motion was served this day on all parties receiving electronic notice in this matter.

Date: 10/15/13

/s/William P. Turner
William P. Turner
Attorney for Debtors